SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
CHARLES A. DANAHER, Cal. Bar No. 144604
cdanaher@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815

THEONA ZHORDANIA, Cal. Bar No. 254428
tzhordania@sheppardmullin.com
JENNIFER M. HOFFMAN, Cal. Bar No. 240600
jhoffman@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
FRONTIER COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

VERONICA LOERA, individually, and on behalf of other members of the general public similarly situated,,

Plaintiff,

v.

VERIZON COMMUNICATIONS, INC.; FRONTIER COMMUNICATIONS, INC.; DOES 1-100m inclusive,,

Defendant.

Case No. 5:17-cv-00405-RGK-SP

**CLASS ACTION**

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS L.R. 8-3**

Complaint Served:
March 20, 2017
Current Response Date:
April 10, 2017
New Response Date:
Mav 10. 2017

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 8-3, Plaintiff Veronica Loera ("Plaintiff") and Defendant Frontier Communications, Inc. ("Frontier"), by and through their counsel of record, agree to extend Frontier's deadline to respond to Plaintiff's Complaint by not more than 30 days, as follows:

1. On or about March 3, 2017, Plaintiff filed this action against Frontier in the United States District Court, Central District of California, Eastern Division;

2. On March 20, 2017, Plaintiff served Frontier with process;

3. Frontier's current deadline to respond to the Complaint is April 10, 2017;

4. The Parties agree to continue Frontier's deadline to respond to the Complaint to and through May 10, 2017;

5. This stipulation does not extend Frontier's time to respond for more than a cumulative total of thirty (30) days from the date the response initially would have been due.

**IT IS SO STIPULATED.**

Dated: April 5, 2017 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ Jennifer Hoffman

CHARLES A. DANAHER
THEONA ZHORDANIA
JENNIFER M. HOFFMAN

Attorneys for Defendant
FRONTIER COMMUNICATIONS, INC.

Dated: April 5, 2017 LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By /s/ Meghan George

MEGHAN GEORGE

Attorneys for Plaintiff
VERONICA LOERA

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: April 5, 2017 Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Jennifer Hoffman
Jennifer Hoffman, Esq.

Attorneys for Defendant
FRONTIER COMMUNICATIONS, INC.